United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41747
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGAR ALBERTO GARCIA RAMIREZ, also known as
Carlos Antonio Lopez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-03-CR-359-1
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Edgar Alberto
Garcia Ramirez concedes that the arguments raised are foreclosed
by circuit precedent but seeks to preserve them for further
review. The Government has moved for summary affirmance in lieu
of filing an appellee's brief. The motion is GRANTED, and the
judgment of the district court is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.